UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARANDA LEA MORE,<br>　　　　　Petitioner,<br>　　v.<br>DEBORAH PATRICK, Warden,<br>　　　　　Respondent. | Case No. CV 07-86 SJO(JC)<br>(PROPOSED) JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: _____1/5/11_____

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE